UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUDDSAR KHAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LODI, et al.,<br><br>　　　　　Defendants. | No. 2:25-cv-1007-DJC-SCR<br><br><br><br>ORDER |

Plaintiff is proceeding pro se in this matter, which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On June 11, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 5. Plaintiff has filed objections to the findings and recommendations. ECF No. 6

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed June 11, 2025, are adopted in full;

2. The claims against Defendants City of Lodi, Hitchcock, and Woods are dismissed on the basis of res judicata and statute of limitations;

3. The federal claims against Defendant Yasir Khan are dismissed on the basis of the statute of limitations;

4. The Court will decline supplemental jurisdiction over the state law claims and dismiss the complaint without leave to amend; and

5. The Clerk is directed to enter Judgment and close this case.

IT IS SO ORDERED.

Dated: **July 11, 2025**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE